FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 12:15 pm, Jun 30, 2020

# In the United States District Court for the Southern District of Georgia
## Waycross Division

GEORGE MARK GOWEN and
JANE GOWEN,

    Plaintiffs,

v.

STATE FARM FIRE AND
CASUALTY COMPANY,

    Defendant.

No. 5:19-CV-082

### ORDER

Before the Court is the Parties' Joint Stipulation of Dismissal, dkt. no. 28, wherein they inform the Court that they wish to dismiss this action with prejudice. The stipulation meets the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, all claims asserted in this action are **DISMISSED with prejudice**. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 30 day of June, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA